# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ETHAN A. MILLER

VERSUS

KEVIN B. DICE

NO.  2020 CW 1017

**DECEMBER 21, 2020**

---

In Re:     Kevin B. Dice, applying for supervisory writs, 17th
           Judicial District Court, Parish of Lafourche, No.
           140908.

---

**BEFORE:     WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

**WRIT NOT CONSIDERED.** The writ application fails to comply with Rule 4-5(9) of the Uniform Rules of Louisiana Courts of Appeal, as it does not contain a copy of all evidence introduced by plaintiff at the trial on the Exception of Improper Venue.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 4-9 & 2-18.7.

In the event relator seeks to file a new application with this court, it must contain all pertinent documentation and must comply with Rule 2-12.2 of the Uniform Rules of Louisiana Courts of Appeal. Any new application must be filed on or before January 22, 2021, and must contain a copy of this ruling.

**VGW**
**JEW**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT